Dwight G. SIMPKINS, Petitioner–
Appellant,

v.

Harold W. CLARKE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

No. 14–7194.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Dwight G. Simpkins, Appellant Pro Se.
Steven Andrew Witmer, Senior Assistant
Attorney General, Richmond, Virginia, for
Appellee.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Dwight G. Simpkins seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2012) petition, and he
has filed an application to proceed in forma
pauperis, as well as a motion for a tran-
script at government expense. The dis-
trict court referred this case to a magis-
trate judge, pursuant to 28 U.S.C.
§ 636(b)(1)(B)–(C) (2012). The magistrate
judge recommended that the petition be
dismissed as untimely and advised Simp-
kins that the failure to file timely specific
objections to this recommendation would
waive appellate review of a district court
order based upon the recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Diamond
v. Colonial Life & Accident Ins. Co.*, 416
F.3d 310, 315–16 (4th Cir.2005); *Wright v.
Collins*, 766 F.2d 841, 845–46 (4th Cir.
1985). Simpkins has waived appellate re-
view by failing to file specific and relevant
objections after receiving proper notice.* 
Accordingly, we deny Simpkins' applica-
tion for in forma pauperis status and his
motion for transcript at government ex-
pense, deny a certificate of appealability,
and dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*DISMISSED.*

---

* In addition, Simpkins' informal brief merely
restates his habeas claims and does not ad-
dress the district court's dispositive procedur-
al rulings. Thus, Simpkins has also forfeited
appellate review of the dispositive rulings.
*See* 4th Cir. R. 34(b) (limiting review to the
issues raised in the informal brief); *Edwards
v. City of Goldsboro*, 178 F.3d 231, 241 n. 6
(4th Cir.1999) (holding that failure to raise
issue in opening brief constitutes abandon-
ment of that issue).